# United States Bankruptcy Court
## Middle District of Florida

In re    **Dunrite Metal Fabricators, Inc.**             Case No. _____

                        Debtor(s)               Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All Phase Paving & Sealing<br>11700 Walsingham Rd.<br>Largo, FL 33778 | All Phase Paving & Sealing<br>11700 Walsingham Rd.<br>Largo, FL 33778 | Vendor services | | 957.13 |
| California Bank & Trust<br>2399 Gateway Oaks Dr.<br>Sacramento, CA 95833 | California Bank & Trust<br>2399 Gateway Oaks Dr.<br>Sacramento, CA 95833 | Inventory, furniture, fixtures, equipment, and accounts receivable, computer, printer, fax. See Exhibit "B" | Disputed | 510,000.00<br><br>(200,000.00 secured) |
| Custom Metal Specialties<br>3921 69th Ave. No.<br>Pinellas Park, FL 33781 | Custom Metal Specialties<br>3921 69th Ave. No.<br>Pinellas Park, FL 33781 | Materials | Disputed | 150.00 |
| Donovan & Limroth<br>10410 Seminole Blvd.<br>Suite 1<br>Largo, FL 33778 | Donovan & Limroth<br>10410 Seminole Blvd.<br>Suite 1<br>Largo, FL 33778 | Professional services (accounting) | | 5,400.00 |
| Eastern Metals<br>3600 23rd Ave. So.<br>Lake Worth, FL 33461 | Eastern Metals<br>3600 23rd Ave. So.<br>Lake Worth, FL 33461 | Materials | Disputed | 2,753.14 |
| Fred J. Hart Co.<br>PO Box 271404<br>Tampa, FL 33688 | Fred J. Hart Co.<br>PO Box 271404<br>Tampa, FL 33688 | | | 1,539.75 |
| Lee Spring Co.<br>1235 No. Hobson St.<br>Gilbert, AZ 85233 | Lee Spring Co.<br>1235 No. Hobson St.<br>Gilbert, AZ 85233 | | Disputed | 38.50 |
| Merry Mechanization<br>333A S. Indiana Ave.<br>Englewood, FL 34223 | Merry Mechanization<br>333A S. Indiana Ave.<br>Englewood, FL 34223 | Punch license | | 850.65 |
| MJD Security<br>3665 East Bay Dr.<br>Largo, FL 33771 | MJD Security<br>3665 East Bay Dr.<br>Largo, FL 33771 | Vendor | Disputed | 1,201.00 |
| Rapid Engineering<br>PO Box 64789<br>Baltimore, MD 21264 | Rapid Engineering<br>PO Box 64789<br>Baltimore, MD 21264 | Supplies | Disputed | 162.48 |

In re   **Dunrite Metal Fabricators, Inc.**                    Case No.     _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Regions Bank <br> PO Box 2224 <br> Birmingham, AL 35246-0026 | Regions Bank <br> PO Box 2224 <br> Birmingham, AL 35246-0026 | Line of credit | | 96,803.05 |
| RS Hughes Supply | RS Hughes Supply | Supplies | Disputed | 332.40 |
| State of Florida <br> Dept. of Revenue <br> 5050 W. Tennessee St. <br> Tallahassee, FL 32399 | State of Florida <br> Dept. of Revenue <br> 5050 W. Tennessee St. <br> Tallahassee, FL 32399 | Sales tax | | 18,024.23 |
| Tampa Bay Laser Center <br> 13110 60th St. No. <br> Clearwater, FL 33760 | Tampa Bay Laser Center <br> 13110 60th St. No. <br> Clearwater, FL 33760 | Fabrication | Disputed | 50.00 |
| Wells Fargo Bank <br> PO Box 6426 <br> Carol Stream, IL 60197-6426 | Wells Fargo Bank <br> PO Box 6426 <br> Carol Stream, IL 60197-6426 | Line of credit | | 55,123.80 |
| Wells Fargo Bank <br> PO Box 6426 <br> Carol Stream, IL 60197-6426 | Wells Fargo Bank <br> PO Box 6426 <br> Carol Stream, IL 60197-6426 | Credit card | | 8,973.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **August 2, 2011**  _____       Signature   **/s/ David M. Lingenfelter**_____

                                                                      **David M. Lingenfelter** <br>                                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.